AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| NEXON AMERICA INC. and NEXON KOREA CORPORATION, <br><br> *Plaintiff(s)* <br><br> v. <br><br> GK, NATHAN JONES, "See Attached" <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  5:21-cv-00886-JWH-KK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ALL FUNDS HELD BY PAYPAL, INC. AND TRACEABLE TO DEFENDANTS  GK, NATHAN JONES, COLIN SULLIVAN, JOHN KIM, MIKE, JOHN ARTUZ, MARVIN LEI, KEVIN KIM, ALAIN KOOPMANS, MATTHEW RAHMINOV, DESTIN ADAMSKI, DRIVEN ENTERPRISE, VICTOR PARK, MOISES SILVERIO PAULUS, DOR AVITAL, BIBI ALI, JANCARLOS GARCÍA SAAVEDRA, TONY NGO, SELIM AYDOGAN, WENHAO MA, HAO VU, MATTHEW WOODS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael W. Ellison (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
2151 Michelson Drive, Suite 185
Irvine, California 92612
Telephone: (949) 442-1500    Facsimile: (949) 442-1515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    9/21/21

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:21-cv-00886-JWH-KK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
Michael G. Bosko (SBN 162571)
mbosko@sehlaw.com
SMITH ♦ ELLISON
2151 Michelson, Suite 185
Irvine, California 92612
Telephone: (949) 442-1500
Facsimile: (949) 442-1515

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

|  |  |
|---|---|
| **NEXON AMERICA INC.** and **NEXON KOREA CORPORATION**, <br><br> Plaintiffs, <br><br> v. <br><br> **GK, NATHAN JONES, COLIN SULLIVAN, JOHN KIM, MIKE, JOHN ARTUZ, MARVIN LEI, KEVIN KIM, ALAIN KOOPMANS, MATTHEW RAHMINOV, DESTIN ADAMSKI, DRIVEN ENTERPRISE, VICTOR PARK, MOISES SILVERIO PAULUS, DOR AVITAL, BIBI ALI, JANCARLOS GARCÍA SAAVEDRA, TONY NGO, SELIM AYDOGAN, WENHAO MA, HAO VU, MATTHEW WOODS; and** <br><br> **ALL FUNDS HELD BY PAYPAL, INC. AND TRACEABLE TO THE DEFENDANTS LISTED ABOVE,** *in rem*; <br><br> Defendants. | Case No.: 5:21-cv-00886-JWH-KK <br><br> **FIRST AMENDED VERIFIED COMPLAINT** |

1