Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
Michael G. Bosko (SBN 162571)
mbosko@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone:   (949) 442-1500
Facsimile:   (949) 442-1515

Attorneys for Plaintiffs
Nexon America Inc. and
Nexon Korea Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| NEXON AMERICA INC. and NEXON KOREA CORPORATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>GK, NATHAN JONES, COLIN SULLIVAN, JOHN KIM, MIKE, JOHN ARTÚZ, MARVIN LEI, KEVIN KIM, ALAIN KOOPMANS, MATTHEW RAHMINOV, DESTIN ADAMSKI, DRIVEN ENTERPRISE, VICTOR PARK, MOISES SILVERIO PAULUS, DOR AVITAL, BIBI ALI, JANCARLOS GARCIA SAAVEDRA, TONY NGO, SELIM AYDOGAN, WENHAO MA, HAO VU, MATTHEW WOODS; and ALL FUNDS HELD BY PAYPAL, INC. AND TRACEABLE TO THE DEFENDANTS LISTED ABOVE, *in rem*;<br><br>   Defendants. | Case No.  5:21-cv-00886-JWH-KK<br><br>**PROOF OF SERVICE OF (a) AMENDED VERIFIED COMPLAINT (DOC. 16) AND SUMMONSES (DOCS. 52-77), (b) NEXON'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, FREEZING THEIR PAYPAL ACCOUNTS, AND AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY (DOC. 19), AND (c) ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY" (DOC 26)** |

I, April H. Cooper, declare under penalty of perjury that the following is true and correct:

1.  I am at least 18 years old, and I am not a party to the above-captioned action.

2.  I served each of the following documents on each of the defendants by email using the email addresses listed below.

      a.  Nexon's Amended Verified Complaint (Doc. 16) and summons (issued individually to each respective Defendant) (ECF Nos. 52-77);

      b.  Nexon's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Freezing their PayPal Accounts, and Authorizing Nexon to Serve Defendants Electronically (Doc. 19); and

      c.  This Court's Order on "Plaintiffs' Ex-Parte Motion for entry of a Temporary Restraining Order Enjoining Defendants' Allegedly Unlawful Conduct and Freezing their Paypal Accounts, and an Order Authorizing Nexon to Serve Defendants Electronically (Doc. 26).

| Defendant | Email Address Used for Service | Date Served |
| --- | --- | --- |
| Alain Koopmans | Alain.k91@gmail.com | September 24, 2021 |
| Bibi Ali | LeShortName@gmail.com | September 24, 2021 |
| Colin Sullivan | apptrailerjones@hotmail.com<br>kenb.zaks@gmail.com | September 24, 2021 |
| Destin Adamski | destin.adamski@gmail.com | September 24, 2021 |
| Dor Avital | dorypp98@gmail.com | September 24, 2021 |
| Driven Enterprise | ruronikenshin1337@yahoo.com | September 24, 2021 |
| GK | apptrailerjones@hotmail.com<br>kenb.zaks@gmail.com | September 24, 2021 |

*Proof of Service*

| Defendant | Email Address Used for Service | Date Served |
|---|---|---|
| Hao Vu | MemeGoreng@outlook.com | September 24, 2021 |
| Jancarlos García Saavedra | jancarlitos1@hotmail.com | September 24, 2021 |
| John Artuz | Johnartuz@hotmail.com | September 24, 2021 |
| John Kim | apptrailerjones@hotmail.com kenb.zaks@gmail.com | September 24, 2021 |
| Kevin Kim | kevinhk5451@gmail.com | September 24, 2021 |
| Marvin Lei | iammarvinlei@gmail.com | September 24, 2021 |
| Matthew Rahminov | hypermatthew@gmail.com | September 24, 2021 |
| Matthew Woods | WestonNGG@gmail.com | September 24, 2021 |
| Mike | Mike.316@outlook.com | September 23, 2021 |
| Moises Silverio Paulus | msilveriopaulus@gmail.com | September 24, 2021 |
| Nathan Jones | apptrailerjones@hotmail.com kenb.zaks@gmail.com | September 24, 2021 |
| Selim Aydogan | selim_aydogan0@hotmail.com | September 24, 2021 |
| Tony Ngo | tonyngo1398@gmail.com | September 24, 2021 |
| Victor Park | dhp960126@gmail.com | September 23, 2021 |
| Wenhao Ma | pay@gamerlight.com | September 24, 2021 |

3.    I requested an electronic return receipt for the email messages sent to each above-listed defendant.

3.

1        4.   Copies of the email messages sent to each above-listed defendant are

2 attached hereto as Exhibit A.

6 DATED:  September 24, 2021

_____
April H. Cooper

*Proof of Service*

# EXHIBIT A

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:00 AM |
| **To:** | 'alain.k91@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 60 - Summons to Alain Koopmans.pdf |

Dear Alain Koopmans:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 10:31 AM |
| **To:** | 'LeShortName@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 53 - Summons to Bibi Ali.pdf |

Dear BIBI ALI:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

# Jared Cherry

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:05 AM |
| **To:** | 'apptrailerjones@hotmail.com'; 'kenb.zaks@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 69 - Summons to Colin Sullivan.pdf |

Dear COLIN SULLIVAN:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 11:13 AM |
| **To:** | 'destin.adamski@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 65 - Summons to Destin Adamski.pdf |

Dear DESTIN ADAMSKI:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 8:39 AM |
| **To:** | 'dorypp98@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 54 - Summons to Dor Avital.pdf |

Dear Dor Avital:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

---

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 8:55 AM |
| **To:** | 'ruronikenshin1337@yahoo.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 56 - Summons to Driven Enterprise.pdf |

Dear **DRIVEN ENTERPRISE**:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper |** Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

## Jared Cherry

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 8:56 AM |
| **To:** | 'apptrailerjones@hotmail.com'; 'kenb.zaks@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 57 - Summons to GK.pdf |

Dear GK:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:06 AM |
| **To:** | 'MemeGoreng@outlook.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 70 - Summons to Hao Vu.pdf |

Dear HAO VU:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:04 AM |
| **To:** | 'jancarlitos1@hotmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 68 - Summons to Jancarlos Garcia Saavedra.pdf |

Dear JANCARLOS GARCÍA SAAVEDRA:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:12 AM |
| **To:** | 'johnartuz@hotmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 77 - John Artuz.pdf |

Dear JOHN ARTUZ:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

---

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 8:58 AM |
| **To:** | 'apptrailerjones@hotmail.com'; 'kenb.zaks@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 58 - Summons to John Kim.pdf |

Dear John Kim:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper |** Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

**From:** April H. Cooper
**Sent:** Friday, September 24, 2021 8:59 AM
**To:** 'kevinhk5451@gmail.com'
**Cc:** 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com'
**Subject:** Nexon v. GK et al.
**Attachments:** 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 59 - Summons to Kevin Kim.pdf

Dear Kevin Kim:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:01 AM |
| **To:** | 'iammarvinlei@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 61 - Summons to Marvin Lei.pdf |

Dear Marvin Lei:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:10 AM |
| **To:** | 'hypermatthew@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 75 - Summons to Matthew Rahminov.pdf |

Dear MATTHEW RAHMINOV:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

## Jared Cherry

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:07 AM |
| **To:** | 'WestonNGG@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 71 - Summons to Matthew Woods.pdf |

Dear MATTHEW WOODS:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

**Jared Cherry**

---

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Thursday, September 23, 2021 3:54 PM |
| **To:** | 'mike.316@outlook.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 66 - Summons to MIKE.pdf; 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf |

Dear MIKE:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- Plaintiffs' *ex parte* motion for entry of a temporary rest;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

---

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:09 AM |
| **To:** | 'msilveriopaulus@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 74 - Summons to Moises Silverio Paulus.pdf |

Dear MOISES SILVERIO PAULUS:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:11 AM |
| **To:** | 'apptrailerjones@hotmail.com'; 'kenb.zaks@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 76 - Summons to Nathan Jones.pdf |

Dear NATHAN JONES:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

## Jared Cherry

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 8:40 AM |
| **To:** | 'selim_aydogan0@hotmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 55 - Summons to Selim Aydogan.pdf |

Dear SELIM AYDOGAN:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 10:33 AM |
| **To:** | 'tonyngo1398@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 73 - Summons to Tony Ngo.pdf |

Dear TONY NGO:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

---

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Thursday, September 23, 2021 4:01 PM |
| **To:** | 'dhp960126@gmail.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 67 - Summons to Victor Park.pdf |

Dear Victor Park:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOYING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant

PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**Jared Cherry**

| | |
|---|---|
| **From:** | April H. Cooper |
| **Sent:** | Friday, September 24, 2021 9:02 AM |
| **To:** | 'pay@gamerlight.com' |
| **Cc:** | 'Jared Cherry'; 'mellison@sehlaw.com'; 'kfoster@sehlaw.com' |
| **Subject:** | Nexon v. GK et al. |
| **Attachments:** | 16 - First Amended Verified Complaint.pdf; 19 - Motion for TRO.pdf; 26 - Order re Motion for TRO and Motion to Serve Electronically.pdf; 62 - Summons to Wenhao Ma.pdf |

Dear Wenhao Ma:

Please find attached the following documents:

- An amended verified complaint filed against you;
- A summons issued to you by the clerk of the court;
- PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and
- ORDER ON "PLAINTIFFS' EX-PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS' ALLEGEDLY UNLAWFUL CONDUCT AND FREEZING THEIR PAYPAL ACCOUNTS, AND AN ORDER AUTHORIZING NEXON TO SERVE DEFENDANTS ELECTRONICALLY."

**April H Cooper** | Legal Assistant
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East | Suite 500 | Salt Lake City, UT 84107
ahc@phillipswinchester.com | www.phillipswinchester.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.